# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| ROBERT REIL, individually and behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br><br>KLS FINANCIAL SERVICES, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:26-cv-46<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KLS FINANCIAL SERVICES, INC.
William Krebs, Registered Agent
991 Aviation Parkway Ste 500
Morrisville, NC 27560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/24/2026

_____
Signature of Clerk or Deputy Clerk

Civil Action No. 1:26-cv-46

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

**ROBERT REIL, individually and behalf of all others similarly situated**

*Plaintiff*

v.

**KLS FINANCIAL SERVICES, INC.**

*Defendant*

Civil Action No. 1:26-cv-00046-CLC-MJD

## AFFIDAVIT OF SERVICE

I, Eric Dockery, state:

I am a Private Process Server, 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to KLS FINANCIAL SERVICES, INC. in Wake County, NC on February 25, 2026 at 12:27 pm at 991 Aviation Pkwy, Ste 500, Morrisville, NC 27560-8458 by leaving the following documents with Ron King who as Manager is authorized by appointment or by law to receive service of process for KLS FINANCIAL SERVICES, INC..

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT – CLASS ACTION
Race: White, Sex: Male, Est. Age: 45-54, Hair: Brown, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=35.8386533333,-78.8118283333
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in _Clayton_
_NC_ on _2/26/2026_.

Signature
Eric Dockery
+1 (910) 391-4848



Exhibit 1a)