# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

ROBERT REIL, individually and behalf of all others similarly situated,

    Plaintiff,

v.

KLS FINANCIAL SERVICES, INC.

    Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
/

CIVIL ACTION FILE NO. 1:26-cv-00046-CLC-MJD

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a).

Date: March 23, 2026

PLAINTIFF,
By his attorneys,

By:    _s/ Anthony I. Paronich_
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

DEFENDANT
By its attorneys,

By: /s/_John H. Bedard, Jr._
John H. Bedard, Jr.
TN Bar:  031926
BEDARD LAW GROUP, P.C.
4855 River Green Parkway, Suite 310
Duluth, GA 20096
Tel:  678-253-1871

jbedard@bedardlawgroup.com